## GILLESPIE v. FRISBIE.

No. 1760.   Opinion Filed November 16, 1910.

(112 Pac. 968.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Same as that of Leavitt v. Commercial National Bank, 26 Okla. 164, 109 Pac. 71.

(Syllabus by the Court.)

*Error from Garfield County Court; James B. Cullison, Judge.*

Action between J. W. Gillespie and James E. Frisbie. From the judgment, Gillespie brings error. Dismissed.

*H. J. Sturgis,* for plaintiff in error.

*H. Blasdel* and *W. T. George,* for defendant in error.

WILLIAMS, J.   The petition in error with case-made attached was filed in this court on the 9th day of June, 1910. No briefs having been served or filed, the defendant in error on September 9, 1910, moved to dismiss this appeal.

Up to this date, briefs neither having been filed, nor any response made to said motion, the appeal is dismissed. *Leavitt v. Commercial National Bank,* 26 Okla. 164, 109 Pac. 71.

All the Justices concur.